**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHN DODD,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-3097-L** |
| | § | |
| **SCOTTSDALE INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is the parties' Joint Stipulation of Dismissal, filed November 21, 2017. The court determines that this case should be dismissed. Accordingly, all claims of Plaintiff against Defendant are hereby **dismissed with prejudice**.

**It is so ordered** this 21st day of November, 2017.

Sam A. Lindsay
United States District Judge

Order - Solo Page